# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:08CR124** |
| vs. ) | |
| ) | **ORDER** |
| **JOSE VILLALOBOS-GOMEZ,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion [12] of Jessica P. Douglas for leave to withdraw as counsel for the defendant. Substitute counsel, Jason M. Finch, has entered an entry of appearance [11].

**IT IS ORDERED:**

1. The Motion to Withdraw [12] is granted, and the appearance of Jessica P. Douglas is hereby deemed withdrawn.

2. The provisions and deadlines set in the case progression order [7] remain in effect.

**DATED April 3, 2008.**

                          **BY THE COURT:**

                          s/ F.A. Gossett
                          **United States Magistrate Judge**