IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR124 |
| | ) | |
| JOSE VILLAIOBOS-GOMEZ, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion to Dismiss or Motion for Legal Ruling on Elements of Offense Charged Under 18 USC Sec. 1028A  [17].   The government shall file it's response to the motion on or before **May 30, 2008.**

    **IT IS SO ORDERED.**

    DATED this 21st day of May, 2008.

                                                             BY THE COURT:

                                                             s/ F.A. Gossett
                                                              United States Magistrate Judge