IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR124 |
| | ) | |
| JOSE VILLALOBOS-GOMEZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the government's Motion to Continue [20]. Good cause being shown, the motion shall be granted.

IT IS ORDERED:

1. That the government's Motion to Continue [20] is granted; and

2. That the government's response to the defendant's Motion to Dismiss or Motion for Legal Ruling on Elements of Offense Charged under 18 USC Sec. 1028A [17] shall be filed on or **June 11, 2008**.

DATED this 5th day of June, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge